THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 
 Anthony Jesus Johnson Appellant.
 
 
 

Appeal From Greenville County
C. Victor Pyle, Jr., Circuit Court Judge
Unpublished Opinion No. 2008-UP-042
Submitted January 2, 2008  Filed January 11, 2008   

APPEAL DISMISSED

 
 
 
 Chief
 Attorney Joseph L. Savitz, III, South Carolina Commission on Indigent Defense,
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Donald J.
 Zelenka, all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for
 Respondent.
 
 
 

PER
 CURIAM:  Anthony Jesus
 Johnson appeals his convictions for murder and assault and battery with intent
 to kill and sentence of life imprisonment plus ten years.  He contends the trial
 court erred in failing to instruct the jury on the lesser-included offense of
 voluntary manslaughter.  After a thorough
 review of the record pursuant to Anders v. California, 386 U.S. 738
 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss[1] Johnsons appeal and grant counsels motion to be relieved. 
 
APPEAL DISMISSED.
Anderson, Short and Williams, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.